EDWARD G. FISCHER, as Ancillary Administrator with the Will Annexed of the Estate of SARAH F. BARNES, Deceased, Appellant, *v.* GUARANTY TRUST COMPANY et al., as Executors and Trustees of MAX LIPPMAN, Deceased, et al., Respondents.

Submitted January 23, 1941; decided April 17, 1941.

*Herman Bachrach, I. Bregoff, C. E. McGee* and *Edward G. Fischer* for appellant.

*George W. Whiteside* and *Charles Pickett* for Manufacturers Trust Company, as executor and trustee of Nathan I. Sachs, deceased, respondent.

*Thomas I. Sheridan* and *Matthew Swerling* for Guaranty Trust Company et al., as executors and trustees of Max Lippman, deceased, et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.